UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SEAN C. WALKER                                                    CIVIL ACTION

VERSUS                                                            NO. 12-2149

DR. LARAVIA, ET AL.                                               SECTION: "I"(3)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed.R.Civ.P. 4(m).

New Orleans, Louisiana, this 29th day of May, 2013.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE